04-15-00525-CV

2015cv03002

CAUSE NO. 2015cv03002

E-FILED
Bexar County, County Clerk
Gerard Rickhoff
Accepted Date:8/17/2015 3:40:26 PM
Accepted By: Leticia Silva
Leticia Silva
Deputy Clerk

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
08/25/2015 2:43:16 PM
KEITH E. HOTTLE
Clerk

| | | |
|---|---|---|
| AMF BOWLING CENTERS, INC., | § | IN THE COUNTY COURT |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| | § | |
| v. | § | AT LAW NO. 10 |
| | § | |
| | § | |
| RIO VENTURES, LTD., | § | |
| and RIO CLUB, LLC, | § | |
| | § | |
| *Defendants.* | § | BEXAR COUNTY, TEXAS |

## AMF BOWLING CENTERS, INC.'S NOTICE OF APPEAL

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff AMF Bowling Centers, Inc., ("AMF"), files this Notice of Appeal, and would respectfully show the Court as follows:

AMF hereby appeals the judgment of the trial court on August 13, 2015. The trial court is the County Court at Law No. 10 in Bexar County, Texas, the Honorable Jason Wolff presiding. The Cause Number was 2015cv03002. The style of the case was AMF Bowling Centers, Inc. v. Rio Ventures, Ltd. and Rio Club, LLC. The appeal is taken to the Fourth Court of Appeals. The party filing this notice is AMF.

Submit Date:8/14/2015 6:11:29 PM

Respectfully submitted,

WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER LLP


By: /s/ Lee L. Cameron, Jr.
LEE L. CAMERON, JR.
State Bar No. 03675380
Lee.Cameron@wilsonelser.com
LEONARD E. HOFFMAN, III
State Bar No. 09789700
Leonard.Hoffman@wilsonelser.com
KRISTINA M. OROPEZA
State Bar No. 24037353
Kristina.Oropeza@wilsonelser.com
SARAH E. SCOTT
State Bar No. 24073580
Sarah.Scott@wilsonelser.com
Bank of America Plaza
901 Main Street, Suite 4800
Dallas, Texas 75270-3758
Tel: (214) 698-8000
Fax: (214) 698-1101

ATTORNEYS FOR PLAINTIFF AMF
BOWLING CENTERS, INC.


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served on all counsel of record in accordance with Rule 21a of the Texas Rules of Civil Procedure on this the 14th day of August, 2015.

RIO VENTURES, LTD. AND RIO CLUB, LLC
C/O DERRIK J. RODGERS & BRANDY SMITH
ATTORNEYS AT LAW
755 E. Mulberry Avenue, Suite 500
San Antonio, Texas 78212-3419
210.822.6666 (office)
210.822.1151 (fax)

/s/ Sarah E. Scott
Sarah E. Scott